# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC, a limited liability company; JESUS BANDEROS, an individual; and DOES 1 through 10 inclusive<br><br>Defendants. | **Case No. 1:19-cv-00065-DAD-EPG**<br><br>**ORDER ON STIPULATION FOR PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION**<br><br>(ECF No. 20) |

The Court, having considered the Stipulation for Protective Order Governing Confidential Information, and good cause appearing, HEREBY ENTERS the Stipulated Protective Order Governing Confidential Information.

IT IS SO ORDERED.

Dated: **June 20, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1