# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC, *et al.*,<br><br>    Defendants. | Case No.  1:19-cv-00065-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 45) |

Plaintiff, Alexander Hernandez, and Defendants, ConAgra Foods Packaged Foods, LLC, and Jesus Banderos, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 45). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **May 18, 2020**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE